AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823-6900

*Counsel for Defendant*
*Abbott Laboratories*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GIACOVELLI, et al., | Case No.  2:26-cv-02095-TLN-DMC |
| Plaintiffs, | Hon. Troy L. Nunley |
| v. | **ORDER GRANTING DEFENDANT ABBOTT LABORATORIES' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ABBOTT LABORATORIES, | |
| Defendant. | |

Order Granting Unopposed Motion to
Extend Time to Respond to Complaint                                    Case No. 2:26-cv-02095-TLN-DMC

## <u>ORDER</u>

The Court has reviewed the Unopposed Motion filed by Defendant Abbott Laboratories ("Abbott") to extend Abbott's time to file a responsive pleading to September 14, 2026. The Motion is incorporated herein by reference. Good cause appearing thereon, the Court hereby rules as follows:

Abbott's time to file a responsive pleading to the Complaint is extended. Abbott shall file its responsive pleading to the Complaint on or before September 14, 2026.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____
Troy L. Nunley
Chief United States District Judge

[Proposed] Order Granting Unopposed
Motion to Extend Time to Respond to
Complaint                                    - 2 -                    Case No. 2:26-cv-02095-TLN-DMC