UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RICHARDS, et al.,<br>Plaintiffs,<br>v.<br>ABBOTT LABORATORIES, et al.,<br>Defendants. | No. 2:26-cv-01555-DAD-AC<br><br>ORDER RELATING AND REASSIGNING CASE |
| STEPHANIE GIACOVELLI, et al.,<br>Plaintiff,<br>v.<br>ABBOTT LABORATORIES,<br>Defendant. | **No.** 2:26-cv-02095-TLN-ICD<br>**New Case No. 2:26-cv-02095-DAD-AC** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

/////

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely save judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 2:26-cv-02095-TLN-ICD is reassigned to the undersigned and Magistrate Judge Allison Claire. The caption on documents filed in the reassigned case shall be shown as: 2:26-cv-02095-DAD-AC. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **September 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE